**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:15-cv-20385-FAM**

ARK CAPITAL GROUP, LLC,

     Defendant/Movant.                                            On motion for leave to appeal

v.                                                                                    L.T. Case No. 14-01763-BKC-LMI

BARRY E. MUKAMAL,

     Plaintiff/Respondent,
_____/

**UNOPPOSED *EX PARTE* MOTION TO EXTEND THE DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR LEAVE TO APPEAL [ECF NO. 57]**

Barry E. Mukamal, the Chapter 7 Trustee for the bankruptcy estate of Isaac Kodsi (the ***"Plaintiff"***), by and through his undersigned counsel, and with the consent of Ark Capital Group, LLC (***"Ark Capital"*** and/or the ***"Defendant"***), files this Unopposed Motion to Extend the Deadline for Plaintiff to Respond to Defendants' Motion for Leave to Appeal [ECF No. 1]. In support, the Plaintiff states as follows:

1.      On October 15, 2014, the Plaintiff filed his Complaint commencing this Adversary Proceeding [L.T.ECF No. 1].

2.      On January 14, 2015, the Court entered its Order Granting in Part and Denying in Part Motion to Dismiss [L.T.ECF No. 46].

3.      On January 28, 2015, Ark Capital filed its Motion for Leave to Appeal the Bankruptcy Court's Order Granting in Part and Denying in Part Motion to Dismiss [L.T.ECF No. 57/ECF No. 1] (the ***"Motion for Leave"***).

4.      The current deadline for the Plaintiff to respond to the Motion for Leave is February 11, 2015 ("***Deadline***").

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/8326/8326-3/01571217.DOC.}

5.      The Plaintiff requests that this Court enter an Order, on an *ex parte* basis, extending the Deadline to respond to the Motion for Leave by 21 days, or to and including March 4, 2015.

6.      The Plaintiff is a bankruptcy estate, and the conservation of estate resources is critical to the possibility of resolving claims at a mediation scheduled during the last week of February. As such, the Plaintiff believes there is cause for extension of the deadline.

7.      This request is not made for the purposes of delay, and the Plaintiff will not seek any additional extensions. The extension will not prejudice any parties in interest, as the case before the lower tribunal will proceed regardless.

8.      The Plaintiff has communicated with counsel for the Defendant and counsel for the Defendant agrees to the requested relief.

*Remainder of Page Intentionally Left Blank*

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/8326/8326-3/01571217.DOC.}

WHEREFORE, the Plaintiff respectfully requests that this Court enter an Order substantially in the form attached hereto as Exhibit 1: (i) granting this Motion; (ii) extending the deadline through and including March 4, 2015 and (iii) for any and all further relief this Court deems just and proper.

Dated:  February 11, 2015.

Respectfully submitted,

By:   s/ Lawrence E. Pecan
Daniel N. Gonzalez, Esquire
Fla. Bar No: 0592749
Dgonzalez@melandrussin.com
Lawrence E. Pecan, Esquire
Fla. Bar No: 99086
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for Plaintiff*

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/8326/8326-3/01571217.DOC.}

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on February 11, 2015, upon all counsel or parties of record as designated on the Service List below.

<u>s/ Lawrence E. Pecan, III</u>
Lawrence E. Pecan, III, Esquire

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/8326/8326-3/01571217.DOC.}

<u>**SERVICE LIST**</u>
***Barry E. Mukamal v. Ark Capital Group, LLC, et al***
**Case No. 1:15-cv-20385-FAM**
**United States District Court, Southern District Of Florida**


Robert Francis Reynolds
Slatkin & Reynolds PA
1 E Broward Boulevard
Suite 609
Fort Lauderdale, FL 33301
954-745-5880
Fax: 745-5890
Email: rreynolds@slatkinreynolds.com

Howard D. DuBosar
The DuBosar Law Group, P.A.
1800 N. Military Trail
Suite 470
Boca Raton, FL 33431
561-544-8980
Fax: 544-8981
Email: hdubosar@dubolaw.com

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363
{Firm Clients/8326/8326-3/01571217.DOC.}